UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **PHILIP ROSSMAN, et al** : | |
| : | CASE NO. C-1-02-136 |
| Plaintiff : | Judge Beckwith |
| : | Magistrate Hogan |
| vs. : | |
| : | |
| **FORMICA CORPORATION** : | **STIPULATION OF DISMISSAL** |
| : | **WITH PREJUDICE** |
| Defendant : | |

Now come the parties and hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-styled action is dismissed with prejudice. Each party shall bear his/its own costs.

Respectfully submitted,

___s/ David D. Kammer_____
David D. Kammer (0061808)
**TOBIAS, KRAUS & TORCHIA**
911 Mercantile Library Building
414 Walnut Street
Cincinnati, OH 45202
P:    513-241-8137
F:    513-241-7863
**E:    DaveK@tktlaw.com**
*Attorney for Plaintiffs*

_____s/ Keith P. Spiller_____
Keith P. Spiller (0042102)
**THOMPSON HINE, LLP**
312 Walnut St., Suite 1400
Cincinnati, OH 45202
Phone:    513-352-6722
Fax:    513-241-2771
**E:    keith.spiller@thompsonhine.com**
*Attorney for Defendant*